```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF GEORGIA
            COLUMBUS DIVISION
```

MODOU LAMIN SECKA,                  *

    Petitioner,                   *

vs.                                 *
                                        CASE NO. 4:18-CV-22 (CDL)
JEFFERSON B. SESSIONS, III, *et*    *
*al.*,
                                    *
    Respondents.
                                    *

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 10, 2018. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 10th day of October, 2018.

                                        S/Clay D. Land
                                      CLAY D. LAND
                                      CHIEF U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA